# Court of Appeals
# of the State of Georgia

ATLANTA,   July 18, 2012

*The Court of Appeals hereby passes the following order:*

**A12D0435.   DEMARCUS MARRELL SMITH v. NAKKORIA SHARON SMITH.**

Demarcus Marrell Smith and Nakkoria Sharon Smith divorced, and a final divorce decree was entered on May 25, 2012.  Demarcus Smith filed an application for discretionary appeal in this Court.  The Supreme Court, however, has general appellate jurisdiction over divorce and alimony cases.  See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (6).  Accordingly, Smith's application is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* 07/18/2012
   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*


   , *Clerk.*